UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Johnny Miller,

                Plaintiff(s),                08 Civ. 5286 (KMK) (LMS)

-against-                                    ORDER OF REFERENCE
                                              TO A MAGISTRATE JUDGE

Superintendent D. F. Napoli,

                Defendant(s).

------------------------------------------------------X

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_X\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

---

* Do not check if already assigned for general pretrial.

Dated: June 19, 2008

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____