RECEIVED
SEP - 2 2008
HON. LISA MARGARET SMITH
U.S.M.J.

# THE DISTRICT ATTORNEY OF DUTCHESS COUNTY
236 MAIN STREET
POUGHKEEPSIE, N. Y. 12601
(845) 486-2300
FAX (845) 486-2324

**WILLIAM V. GRADY**
DISTRICT ATTORNEY

**BRIDGET R. STELLER**
Chief Assistant District Attorney

August 29, 2008

**BUREAU CHIEFS**
Edward F. Whitesell
Marjorie J. Smith
Frank F. Chase
Matthew A. Weishaupt
Edward T. McLoughlin

**MEMO ENDORSED**

Honorable Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Miller v. Napoli
08 CV 5286 (KMK) (LMS)

Dear Judge Smith:

On or about June 30, 2008, the District Attorney of Dutchess County received a copy of your Order in the above captioned case directing the Respondent to Answer the Petition for a Writ of Habeas Corpus (28 U.S.C. § 2254) within sixty days. By my calculations the Respondent's Answer should have been filed on or before August 25, 2008. Although I prepared an answering Affidavit and filed it with this Court, I have been unable to complete the Respondent's Memorandum of Law timely and by this letter I am requesting a two week extension to file that Memorandum of Law – until September 8, 2008.

Although I had expected to complete the Memorandum on time, preparation was delayed somewhat due to a computer problem which has now been resolved.

Thank you for your consideration of this request.

Very truly yours,

*[signature]*
BRIDGET RAHILLY STELLER
Chief Assistant District Attorney

cc:  Johnny Miller, 05-A-5419
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871

*Handwritten endorsement:* Deemed latter motion. Motion granted. SO ORDERED. /s/ Lisa Margaret Smith USMJ 9/1/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____